# Court of Appeals
# of the State of Georgia

ATLANTA,    May 30, 2013

*The Court of Appeals hereby passes the following order:*

**A13A1081.  CONEY v. THE STATE.**

The above-styled appeal was docketed in this Court on January 31, 2013. Pursuant to Rule 23 (a) of the Court of Appeals of the State of Georgia, Appellant John Edward Coney's brief and enumeration of errors were to be filed in this Court by February 20, 2013.  They were not filed.  On May 7, 2013, this Court ordered Appellant to file a brief and enumeration of errors on or before May 20, 2013 or face possible dismissal of the appeal. As of the date of this order, Appellant has not filed a brief and enumeration of errors, or a motion for extension showing good cause.

Consequently, the instant appeal is hereby DISMISSED. See Court of Appeals Rules 7 and 23.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 05/30/2013
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_____ , *Clerk.*